**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BYRON QUINTANILLA** | **Case No.: 4:21-CR-00004-CDL-MSH-1** |

**ORDER ON MOTION FOR CONTINUANCE**

Defendant ***Byron Quintanilla*** has moved the Court to continue the pre-trial conference and trial in this case to the Court's March 2022 jury trial term. The Government does not object to the motion. The pre-trial conference is presently scheduled for November 29, 2021. The defendant was arraigned on March 31, 2021. Additional time is needed to obtain specific immigration related documents and review those documents, further investigate, research and continue to discuss the government's case in chief with the defendant. The Court finds that it is in the interests of justice to allow the continuance for additional time to allow the parties to complete a thorough investigation and to explore possible plea negotiations and these interests outweigh the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 32] is **GRANTED**, and it is hereby ordered that this pre-trial conference and trial in this case shall be continued until the March 2022 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. ' 3161.

It is SO ORDERED, this **16th** day of **November 2021**.

S/Clay D. Land
HONORABLE CLAY D. LAND